Printed: 01/10/11 04:26 PM

# Claims Distribution Small Checks

Page: 1

**Trustee: DOUGLAS J. WOLINSKY (650010)**

Case: 06-10528-CAB  -  SKIDMORE, DOUGLAS G

| Account No. | Check No. Issued | | | | Amount | Amount | Paid | Small |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Claim No. | Filed | Priority | Claimant | Filed | Allowed | to Date | Payment |
| 92000110001366 | 122  01/10/11 | Payee: | | United States Bankruptcy Court | | | Check Amount: | $8.86 |
| | 3 | 02/28/07 | 610 | CONNECTICUT LIGHT & POWER NORTHEAST UTILITIES,CREDIT AND COLLECTION CENTER,P.O. BOX 2899 HARTFORD, CT 06101-8307 | 1,784.20 | 1,784.20 | 177.89 | 3.22 |
| | 10 | 06/15/07 | 610 | BURLINGTON FREE PRESS PO BOX 10 BURLINGTON, VT 05402 | 420.10 | 420.10 | 41.88 | 0.75 |
| | 11 | 06/21/07 | 610 | THE METROPOLITAN DISTRICT 555 MAIN STREET HARTFORD, CT 06103 | 2,451.47 | 2,451.47 | 244.41 | 4.42 |
| | 12 | 06/21/07 | 610 | CONNECTICUT LIGHT & POWER NORTHEAST UTILITIES,CREDIT AND COLLECTION CENTER,P.O. BOX 2899 HARTFORD, CT 06101-8307 | 256.32 | 256.32 | 25.56 | 0.47 |



(*) Denotes objection to Amount Filed